In the Matter of SAM ROSENBERG, Respondent, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Appellants.—

Nolan, P. J., Wenzel, Schmidt, Beldock and Ughetta, JJ., concur.